Carol M. Baron (State Bar No. 007653)
Travis B. Hill (State Bar No. 021133)
**CARSON MESSINGER ELLIOTT LAUGHLIN & RAGAN, P.L.L.C.**
3300 North Central Avenue, 19th Floor
Phoenix, Arizona 85012
Telephone: (602) 264-2261
Fax No. (602) 277-4507
*Attorneys for CIT Lending Services Corporation and CIT Small Business Lending Corporation*

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| VICTOR ELIAS TRUJILLO and MICHELLE MARIE TRUJILLO, | Adversary No.: 4:09-ap-00935-EWH |
| Debtor. | Case No.: 4:09-bk-08297-EWH |
| VICTOR ELIAS TRUJILLO and MICHELLE MARIE TRUJILLO; SKYLINE COSMETIC DENTISTRY, LLC; and ROSIE T., LLC, | **MOTION TO DISMISS** |
| Plaintiffs, | |
| vs. | |
| CIT LENDING SERVICES CORPORATION; CIT SMALL BUSINESS LENDING CORPORATION; BUSINESS DEVELOPMENT FINANCE CORP.; STERLING BANK & TRUST; PIMA COUNTY DEVELOPMENT SERVICES; and TITLE SECURITY AGENCY OF ARIZONA, | |
| Defendants. | |

Pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure, made applicable by Rule 7012 of the Federal Rules of Bankruptcy Procedure, Defendants CIT Lending Services Corporation and CIT Small Business Lending Corporation

("Defendants"), by and through undersigned counsel, hereby move for dismissal of the Complaint for failure to state a claim upon which relief may be granted.

On August 14, 2009, Plaintiff filed the above-captioned adversary proceeding. The Complaint consists of an Adversarial Proceeding Cover Sheet ("Cover Sheet") and exhibits. In the Cover Sheet, Plaintiffs identify the cause of action as follows:

> Pima County issued a fake certificate of occupancy (forged public document) in order to close escrow (1745 E. Skyline) and receive funds from U.S. Government, that they knew was forged!

The only cause of action alleged in the Complaint is against Pima County. No cause of action is stated against CIT Lending Services Corporation or CIT Small Business Lending Corporation.

Accordingly, the Complaint should be dismissed against CIT Lending Services and CIT Small Business Lending Corporation pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure, for failure to state a claim.

RESPECTFULLY SUBMITTED this 11th day of September, 2009.

**CARSON MESSINGER ELLIOTT LAUGHLIN & RAGAN, P.L.L.C.**

By: /s/Travis B. Hill
Carol M. Baron
Travis B. Hill
*Attorneys for CIT Lending Services Corporation and CIT Small Business Lending Corporation*

**CERTIFICATE OF SERVICE**

On September 11, 2009, a copy of the foregoing was sent by First Class U.S. Mail to the following:

Victor Trujillo and Michelle Trujillo
3918 W. Ina Road, Suite D-100
Tucson, Arizona 85741
*Pro Se Debtors*

Victor Trujillo and Michelle Trujillo
5392 N. Via Papavero
Tucson, Arizona 85750
*Pro Se Debtors and as Members of Rosie T, LLC and Skyline Cosmetic Dentistry*

Eric S. Sparks, Esq.
110 S. Church Avenue, Suite 2270
Tucson, Arizona 85701
*Attorney for Debtors Rosie T, LLC and Skyline Cosmetic Dentistry*

Rosie T., LLC
3918 W. Ina Road, Suite D-100
Tucson, Arizona 85741

Skyline Cosmetic Dentistry
3918 W. Ina Road, Suite D-100
Tucson, Arizona 85741

David R. Sobel, Esq.
Alfeld Battaile & Goldman, P.C.
250 N. Meyer Avenue
Tucson, Arizona 85701
*Attorney for Business Development Finance Corporation*

Pima County Attorney's Office
32 North Stone, Suite 2100
Tucson, Arizona 85701
*Attorneys for Pima County Development Services*

Sterling Bank & Trust
P.O. Box 924009
Houston, Texas 77292

Title Security Agency of Arizona
2730 E. Broadway Blvd., Suite 100
Tucson, Arizona 85716

Office of the U. S. Trustee
230 N. First Avenue, Suite 204
Phoenix, Arizona 85003

/s/ Carole Domogala